| | |
|---|---|
| 1 | RODNEY B. SORENSEN, Bar No. 196926 |
| | PAYNE & FEARS LLP |
| 2 | One Embarcadero Center, Suite 2300 |
| | San Francisco, CA 94111 |
| 3 | Tel: 415-398-7860 |
| | Fax: 415-398-7863 |
| 4 | Email: rbs@paynefears.com |

**E-Filed 1/5/2011**

Attorneys for Plaintiff
John French

JOHN R. SHUMAN, JR., Bar No. 100236
AMY BECKSTEAD, Bar No. 216422
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650-833-2000
Fax: 650-833-2001

Attorneys for Defendant
JDS Uniphase Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN FRENCH, | CASE NO. CV 10-03645 JF |
| Plaintiff, | |
| v. | **STIPULATION CONTINUING CASE MANCEMENT CONFERENCE AND [PROPOSED] ORDER** |
| Defendant, | |
| JDS UNIPHASE CORPORATION, a Delaware corporation. | *Assigned to Hon. Jeremy Fogel* |
| | Conference Date: February 4, 2011 |
| | Time: 10:30 a.m. |
| | Trial Date: None Set |
| | Complaint: August 18, 2010 |

**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**

The parties, by and through their counsel, stipulate and request this Court enter an Order continuing the Case Management Conference presently scheduled for February 4, 2011 by at least

-1-

DLA PIPER LLP (US)

WEST\222857818.1     STIPULATION CONTINUING CMC AND [PROPOSED] ORDER
CV 10-03645 JF

one month.  The parties wish to continue the Case Management Conference date in order to allow themselves additional time to complete written discovery and depositions and participate in an Early Neutral Evaluation conference with the Court.

Dated:  December 17, 2010             PAYNE & FEARS LLP

By  /s/
    RODNEY B. SORENSEN
    Attorneys for Plaintiff
    JOHN FRENCH

Dated:  December 17, 2010             DLA PIPER LLP (US)

By  /s/
    JOHN R. SHUMAN, JR.
    AMY E. BECKSTEAD
    Attorneys for Defendant
    JDS UNIPHASE CORPORATION

### ATTESTATION OF E-FILED SIGNATURE

I, John R. Shuman, Jr., Esq., am the ECF User whose ID and password are being used to file this Stipulation Continuing Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Rodney B. Sorensen, Esq. has read and approved this Stipulation Continuing Case Management Conference and consents to its filing in this action.

1  JOHN R. SHUMAN, JR., Bar No. 100236
   AMY BECKSTEAD, Bar No. 216422
2  DLA PIPER LLP (US)
   2000 University Avenue
3  East Palo Alto, CA 94303-2215
   Tel: 650-833-2000
4  Fax: 650-833-2001

5  Attorneys for Defendant
   JDS Uniphase Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN FRENCH,<br><br>    Plaintiff,<br><br>  v.<br><br>    Defendant,<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation. | CASE NO.  CV 10-03645 JF<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Having reviewed the parties' Stipulation Continuing Case Management Conference and Good Cause appearing, the Court orders that the Case Management Conference, currently scheduled for February 4, 2011, shall be rescheduled to __March 4, 2011__ at __10:30__ a.m.

IT IS SO ORDERED.

Dated: 1/5/2011

_____
UNITED STATES DISTRICT COURT JUDGE

-1-
WEST\222857818.1       STIPULATION CONTINUING CMC AND [PROPOSED] ORDER
                                                        CV 10-03645 JF

DLA PIPER LLP (US)