**\*\* E-filed May 19, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN FRENCH,<br><br>    Plaintiff,<br><br>  v.<br><br>JDS UNIPHASE CORPORATION,<br><br>    Defendant.<br>_____/ | No. C10-03645 JF (HRL)<br><br>**ORDER (1) DIRECTING DEFENDANT TO SUBMIT DOCUMENTS FOR *IN CAMERA* INSPECTION AND (2) VACATING HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL**<br><br>**[Re: Docket No. 34]** |

On April 19, 2011, plaintiff John French ("French") filed a motion to compel defendant JDS Uniphase Corporation ("JDSU") to produce further documents in response to his First Set of Requests for Production of Documents. Docket No. 34. JDSU opposed French's motion on the ground that the documents French seeks — certain May 2009 emails between JDSU executives and JDSU's in-house counsel Kevin Siebert (the "Siebert Emails") — are protected by the attorney-client privilege. Docket No. 41. To determine whether they are or are not, the Court must see them. Accordingly, the Court directs JDSU to submit the Siebert Emails to the Court for *in camera* review no later than May 24, 2011. In addition, the currently-scheduled May 24, 2011 hearing date for French's motion to compel is VACATED. Should the Court determine that oral argument is necessary, it will inform the parties and set a new hearing date.

1    **IT IS SO ORDERED.**

2    Dated: May 19, 2011



3    _____
     HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

**C10-03645 JF (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Amy Elizabeth Beckstead | amy.beckstead@dlapiper.com, claudia.tucker@dlapiper.com, jennifer.stehouwer@dlapiper.com |
| John Robert Shuman, Jr | bob.shuman@dlapiper.com, maurene.martin@dlapiper.com |
| Rodney B. Sorensen, Esq | rbs@paynefears.com, bbirchett@paynefears.com, SF.CourtNotices@paynefears.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**