

1  RODNEY B. SORENSEN, Bar No. 196926
   EMILY J. SCHULTZ, Bar No. 202815
2  E-Mail: *rbs@paynefears.com*
   E-Mail: *ejs@paynefears.com*
3  PAYNE & FEARS LLP
   Attorneys at Law
4  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
5  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
6
   Attorneys for Plaintiff
7  JOHN FRENCH



8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11 JOHN FRENCH,                          CASE NO. CV 10-03645 GLF

12          Plaintiff,

13     v.                                **STIPULATION OF DISMISSAL**

14 JDS UNIPHASE CORPORATION, a
   Delaware corporation,
15
            Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

1   IT IS HEREBY STIPULATED by and between Plaintiff, JOHN FRENCH, and Defendant, JDS UNIPHASE CORPORATION, through their counsel, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP Rule 41(a)(1), with each party to bear their own costs and attorneys' fees.

Vj g'Engtm'uj cnn'enqug'vj ku'hkng0'

DATED: August 22, 2011       PAYNE & FEARS LLP

By: /s/ Rodney B. Sorensen
   RODNEY B. SORENSEN, Bar No. 196926

   Attorneys for Plaintiff
   JOHN FRENCH

DATED: August 22, 2011       DLA PIPER LLP

By: /s/ John R. Shuman, Jr.
   JOHN R. SHUMAN, JR., Bar No. 100236
   AMY BECKSTEAD, Bar No. 216422

   Attorneys for Defendant
   JDS UNIPHASE CORPORATION

4813-5249-2810.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860